UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. BUCKENMEYER,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | No.  2:14-CV-00297-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: July 2, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Lennie Rassmussen*
                                             Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**